# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BRIAN LADD**                                                                                         **PLAINTIFF**

**V.**                              **CASE NO. 3:11CV00132 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                             **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Brian Ladd.

DATED this 11th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE